# CIVIL COVER SHEET ATTACHMENT

## Joseph Van Loon, *et al.* v. Department of the Treasury, *et al.*

I.     (c) Attorneys for Plaintiffs Joseph Van Loon; Tyler Almeida; Alexander Fisher; Preston Van Loon; Kevin Vitale; and Nate Welch

Charles Lewis Ainsworth
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson Suite 418
Tyler, TX 75702
(903) 531-3535

Kannon K. Shanmugam
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300

Brian M. Lipshutz
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300

Matteo Godi
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300

Jennifer K. Corcoran
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300