## ATTACHMENT TO FORM APPLICATION TO APPEAR PRO HAC VICE

2. In addition to the District of Columbia, Brian M. Lipshutz is presently a member of and in good standing with the Bar of the State of Virginia (bar license number 89357, admitted in 2015).

3. Brian M. Lipshutz has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. Court of Appeals, 11th Circuit | 08/19/2022 |
| U.S. District Court, District of Columbia | 03/07/2022 |
| U.S. Court of Appeals, 7th Circuit | 08/20/2021 |
| U.S. Court of Appeals, 4th Circuit | 04/20/2021 |
| U.S. Court of Appeals, 3rd Circuit | 04/19/2021 |
| U.S. Court of Appeals, 5th Circuit | 04/19/2021 |
| U.S. Court of Appeals, 8th Circuit | 04/19/2021 |
| U.S. Court of Appeals, 9th Circuit | 03/26/2021 |
| U.S. Court of Appeals, District of Columbia Circuit | 04/30/2019 |