## ATTACHMENT TO FORM APPLICATION TO APPEAR PRO HAC VICE

2. In addition to the District of Columbia, Kannon K. Shanmugam is presently a member of and in good standing with the Bar of the State of Kansas (bar license number 20068, admitted in 2001); Virginia (bar license number 92028, admitted in 2017); and New York (bar license 5901624, admitted in 2022).

3. Kannon K. Shanmugam has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| U.S. District Court, District of Colorado | 05/01/2019 |
| U.S. Court of Appeals, 8th Circuit | 05/28/2010 |
| U.S. Court of Appeals, 1st Circuit | 02/26/2010 |
| U.S. Court of Appeals, 6th Circuit | 04/06/2009 |
| U.S. Court of Appeals, 9th Circuit | 04/06/2009 |
| U.S. Court of Appeals, District of Columbia Circuit | 10/22/2008 |
| U.S. Supreme Court | 05/24/2004 |
| U.S. Court of Appeals, 5th Circuit | 01/05/2004 |
| U.S. Court of Appeals, 2nd Circuit | 09/29/2003 |
| U.S. Court of Appeals, 3rd Circuit | 02/08/2002 |
| U.S. Court of Appeals, 7th Circuit | 01/25/2002 |
| U.S. Court of Appeals, Federal Circuit | 09/19/2001 |
| U.S. District Court, District of Columbia | 08/05/2001 |
| U.S. Court of Appeals, 10th Circuit | 05/16/2001 |
| U.S. Court of Appeals, 4th Circuit | 05/14/2001 |
| U.S. Court of Appeals, 11th Circuit | 05/11/2001 |
| U.S. District Court, District of Kansas | 04/27/2001 |