# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### WACO DIVISION

JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER;
PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH

**vs.**
DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN
ASSETS CONTROL; JANET YELLEN, in her official capacity as
Secretary of the Treasury; and ANDREA M. GACKI, in her official
capacity as Director of the Office of Foreign Assets Control

Case No.: 6:22-cv-00920-ADA-JCM

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Kannon K. Shanmugam, counsel for

Plaintiffs Joseph Van Loon, et al., and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Kannon K. Shanmugam may appear on behalf of Plaintiffs Joseph Van Loon, et al.

in the above case.

IT IS FURTHER ORDERED that Kannon K. Shanmugam, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of September, 20 22 .

_____

UNITED STATES DISTRICT JUDGE