## ATTACHMENT TO FORM APPLICATION TO APPEAR PRO HAC VICE

3. Matteo Godi has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S. Court of Appeals, 2nd Circuit | 04/22/2021 |
| U.S. Court of Appeals, 4th Circuit | 08/02/2021 |
| U.S. Court of Appeals, 5th Circuit | 04/19/2021 |
| U.S. Court of Appeals, District of Columbia Circuit | 08/04/2021 |
| U.S. District Court, District of Columbia | 04/05/2021 |
| U.S. District Court, Northern District of New York | 07/26/2021 |