UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**JOSEPH VAN LOON ET AL**

v.  Case No.: 6:22-cv-00920-ADA

**DEPARTMENT OF THE TREASURY ET AL**

**ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Matteo Godi** ("Applicant"), counsel for **Tyler Almeida, Alexander Fisher, Joseph Van Loon, Preston Van Loon, Kevin Vitale, Nate Welch**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Tyler Almeida, Alexander Fisher, Joseph Van Loon, Preston Van Loon, Kevin Vitale, Nate Welch** in the above case.

IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

IT IS FURTHER ORDERED that if the corresponding Motion for Admission *Pro Hac Vice* was e-filed, the attorney who filed the Motion on behalf of the Applicant is **directed** to notify the Applicant of this order.

IT IS FINALLY ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order, **if he/she has not previously done so on a prior case in this District**.

SIGNED this the 13th day of September, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE