UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**DEPARTMENT OF TREASURY** *et al.*,<br><br>**Defendants.** | Civil Action No. 6:22-cv-920 |

**NOTICE OF APPEARANCE**

Defendants' hereby provide notice that undersigned counsel, Christopher R. Healy, will appear as counsel of record for all Defendants.

Dated: October 14, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-514-8095
Fax 202-616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*

1