UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**DEPARTMENT OF TREASURY** *et al.*,<br><br>**Defendants.** | Civil Action No. 6:22-cv-920 |

### [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Transfer, and for good cause shown, hereby GRANTS the motion. The captioned action shall be transferred to the Austin Division of the Western District of Texas pursuant to 28 U.S.C. § 1404(a).

Dated: _____

_____
United States District Court Judge