# EXHIBIT A

**Filters:** **Case type:** Administrative & Government > Administrative;  Administrative & Government > Administrative > Administrative Procedure Act  |  **Judges:** Hon. Alan D. Albright

## Outcome analytics by party



© 2022 Thomson Reuters. No claim to original U.S. Government Works.

**Filters:** **Case type:** Administrative & Government > Administrative;  Administrative & Government > Administrative > Administrative Procedure Act  |  **Judges:** Hon. David A. Ezra;  Hon. Robert Pitman;  Hon. Sam Sparks;  Hon. Lee Yeakel

## Outcome analytics by party



Case type - Time to outcome

Administrative — 167 days med.

Days elapsed from filing to outcome

© 2022 Thomson Reuters. No claim to original U.S. Government Works.