# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEPARTMENT OF TREASURY** *et al.*, <br><br> **Defendants.** | Civil Action No. 6:22-cv-920 |

## NOTICE OF APPEARANCE

Defendants hereby provide notice that undersigned counsel, Christine L. Coogle, will appear as counsel of record for all Defendants.

Dated: November 3, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christine L. Coogle*
CHRISTINE L. COOGLE
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, D.C. 20005
Tel: 202-514-8095
Fax: 202-616-8470
Email: christine.l.coogle@usdoj.gov

*Counsel for Defendants*