# EXHIBIT A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.12 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.72 |

Postmark Here

Sent To Merrick Garland
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave N.W.
City, State, ZIP+4 Washington DC 20530-0001

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 3048

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.64 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.24 |

Postmark Here

Sent To Andrea Gacki
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave N.W.
City, State, ZIP+4 Washington DC 20220          Annex

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 2997

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.64 |
| Certified Fee | 10.35 |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.24 |

Postmark Here

Sent To U.S. Dept. of Treasury
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave N.W.
City, State, ZIP+4 Washington DC 20220

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 3031

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.64 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.24 |

Postmark Here

Sent To Office of Foreign Assets Control
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave N.W.
City, State, ZIP+4 Washington DC 20220          Annex

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 3017

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.12 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.72 |

Postmark Here

Sent To Stephanie Rico
Street, Apt. No.; or PO Box No. 601 N.W. Loop 410 Suite 600
City, State, ZIP+4 San Antonio Texas 78216-5597

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 2980

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.64 |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | 3.25 |
| Restricted Delivery Fee (Endorsement Required) | 10.35 |
| Total Postage & Fees | $ 16.24 |

Postmark Here

Sent To Janet Yellen
Street, Apt. No.; or PO Box No. 1500 Pennsylvania Ave N.W.
City, State, ZIP+4 Washington DC 20220

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0003 5261 3000



# USPS Tracking®

FAQs ›

**Tracking Number:** 70121010000352613048

Remove ✕

Your item was picked up at a postal facility at 4:54 am on September 14, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 4:54 am
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**    ⌄

---

**Tracking History**    ⌃

**September 14, 2022, 4:54 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:54 am on September 14, 2022 in WASHINGTON, DC 20530.

---

**September 13, 2022, 10:24 am**
Available for Pickup
WASHINGTON, DC 20530

**September 13, 2022, 9:48 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**September 12, 2022**
In Transit to Next Facility

---

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ❯



**Tracking Number:** 70121010000352612980

Remove ✕

Your item was delivered to an individual at the address at 9:16 am on September 13, 2022 in SAN ANTONIO, TX 78216.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

September 13, 2022 at 9:16 am
SAN ANTONIO, TX 78216

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**September 13, 2022, 9:16 am**
Delivered, Left with Individual
SAN ANTONIO, TX 78216
Your item was delivered to an individual at the address at 9:16 am on September 13, 2022 in SAN ANTONIO, TX 78216.

---

**September 12, 2022, 10:34 pm**
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**September 12, 2022, 10:46 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**September 11, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

Feedback

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›



**Tracking Number:** 70121010000352613031

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌃

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

**September 13, 2022, 10:51 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**September 12, 2022**
In Transit to Next Facility

---

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                     ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2.64 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | 3.35 |
| Restricted Delivery Fee (Endorsement Required) | | 10.35 |
| Total Postage & Fees | $ | 16.24 |

Postmark Here

*Sent To* Janet Yellen
*Street, Apt. No.; or PO Box No.* 1500 Pennsylvania Ave N.W.
*City, State, ZIP+4* Washington, DC 20220

PS Form 3800, August 2006                    See Reverse for Instructions

**Tracking Number:** 70121010000352613000

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌃

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

**September 13, 2022, 10:51 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®



FAQs ›

**Tracking Number:** 70121010000352613017

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

September 13, 2022, 10:51 am
Arrived at Post Office
WASHINGTON, DC 20018

---

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®



FAQs ›

**Tracking Number:** 70121010000352612997

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220



**Get Updates** ⌄

---

**Text & Email Updates**                                                                ⌄

---

**Tracking History**                                                                ⌃

September 14, 2022, 3:31 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

September 13, 2022, 11:46 am
Available for Pickup
WASHINGTON, DC 20220



**September 13, 2022, 10:48 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 10, 2022, 4:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 9, 2022, 11:38 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

Feedback

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**