UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEPARTMENT OF TREASURY** *et al.*, <br><br> **Defendants.** | Civil Action No. 6:22-cv-920 |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE ANSWER DEADLINE**

Defendants respectfully move the Court to extend their time to respond to Plaintiffs' amended complaint by three days, or until December 9, 2022. On November 8, 2022, the Office of Foreign Assets Control (OFAC) withdrew the August 8, 2022 designation of Tornado Cash and simultaneously redesignated it under North Korea-related E.O. 13722 and under E.O. 13694/13757. *See* Press Release, U.S. Dep't of the Treasury, Treasury Designates DPRK Weapons Representatives (Nov. 8, 2022), https://home.treasury.gov/news/press-releases/jy1087#:~:text=REDESIGNATING%20TORNADO%20CASH&text=Effective%20immediately%2C%20the%20August%208,operate%20on%20the%20Ethereum%20blockchain. In light of the redesignation, on November 10, this Court granted Defendants' consent motion to extend their deadline to answer the original complaint until December 5. On November 22, Plaintiffs filed an amended complaint. ECF No. 21.

Defendants understand that Rule 15(a)(3) provides a 14-day deadline for answering the amendment complaint, which would make Defendants' response due on December 6. The

1

requested three-day extension is necessary to provide sufficient time for the relevant federal agencies and officials to coordinate their response.

Plaintiffs have informed undersigned counsel that they consent to this request.

| | |
|---|---|
| Dated: December 1, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | ALEXANDER K. HAAS<br>Director |
| | DIANE KELLEHER<br>Assistant Director |
| | STEPHEN M. ELLIOTT<br>Senior Counsel<br>CHRISTOPHER R. HEALY<br>*/s/ Christine L. Coogle*<br>CHRISTINE L. COOGLE<br>Trial Attorneys<br>Federal Programs Branch, Civil Division<br>United States Department of Justice<br>1100 L St. NW<br>Washington, D.C. 20005<br>Tel: 202-880-0282<br>Fax: 202-616-8470<br>Email: christine.l.coogle@usdoj.gov |
| | *Counsel for Defendants* |