UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEPARTMENT OF TREASURY** *et al.*, <br><br> **Defendants.** | Civil Action No. 6:22-cv-920 |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Consent Motion to Extend the Answer Deadline, and for good cause shown, hereby GRANTS the motion. The deadline to answer Plaintiffs' amended complaint shall be extended until December 9, 2022.

Dated: _____

U.S. District Court Judge