UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>                            Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>                            Defendants. | Civil Action No. 6:22-cv-920-ADA-JCM |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

The Parties hereby jointly file this motion for entry of an order adopting the schedule proposed below for further proceedings in this case. In support thereof, the Parties respectfully state as follows:

    1.    Plaintiffs filed this action under the Administrative Procedure Act (APA), 5 U.S.C. §§ 500 *et seq*. Because this is an APA case, the Parties agree that this case is exempt from the initial disclosure requirement under Fed. R. Civ. P. 26(a)(1)(B)(i) and from the Court's scheduling-order requirement under Local Rule CV-16(b). The Parties further agree that this case is appropriately resolved by submission of the administrative record followed by cross-motions for summary judgment.

    2.    After conferring, the Parties jointly propose the following schedule:

| EVENT | DATE |
|---|---|
| Defendants produce the administrative record to Plaintiffs, and file notice of service and certification of the administrative record with the Court | On or before January 13, 2023 |
| Plaintiffs file any objections to the administrative record | On or before February 10, 2023 |
| Parties file a proposed summary-judgment briefing schedule | On or before February 10, 2023 |

The Parties reserve the right to seek modification of the proposed schedule.

3.  A proposed order approved by the Parties is being submitted with this Motion for the Court's consideration.

Dated: December 8, 2022

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | PARKER, BUNT & AINSWORTH, P.C.<br><br>By:   /s/ Charles Lewis Ainsworth |
| ALEXANDER K. HAAS<br>Director | Charles Lewis Ainsworth<br>Texas Bar No. 00783521<br>100 E. Ferguson Suite 418 |
| DIANE KELLEHER<br>Assistant Director | Tyler, TX 75702<br>(903) 531-3535 (telephone)<br>charley@pbatyler.com |
| STEPHEN M. ELLIOTT<br>Senior Counsel<br>/s/ Christopher R. Healy<br>CHRISTOPHER R. HEALY | PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP |
| CHRISTINE L. COOGLE<br>Trial Attorneys<br>Federal Programs Branch, Civil Division<br>United States Department of Justice<br>1100 L Street, N.W.<br>Washington, DC 20005<br>(202) 880-0282 (telephone)<br>(202) 616-8470 (fax)<br>Email: christopher.healy@usdoj.gov | Kannon K. Shanmugam*<br>Brian M. Lipshutz*<br>Matteo Godi*<br>Jennifer K. Corcoran*<br>2001 K Street, N.W.<br>Washington, DC 20006<br>(202) 223-7300 (telephone)<br>kshanmugam@paulweiss.com<br>*Admitted pro hac vice |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |