UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>                                Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>                                Defendants. | Civil Action No. 6:22-cv-920-ADA-JCM |

## ORDER

Upon consideration of the Parties' Joint Motion for Entry of Scheduling Order, it is hereby ORDERED that the Parties' Joint Motion is GRANTED and the schedule proposed therein is hereby adopted; and it is further ORDERED that further proceedings in this case shall occur according to the following schedule:

| EVENT | DATE |
|---|---|
| Defendants produce the administrative record to Plaintiffs, and file notice of service and certification of the administrative record with the Court | On or before January 13, 2023 |
| Plaintiffs file any objections to the administrative record | On or before February 10, 2023 |
| Parties file a proposed summary-judgment briefing schedule | On or before February 10, 2023 |

SO ORDERED.

Dated:

                                                                                                     _____
                                                                                                     U.S. District Court Judge