**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **JOSEPH VAN LOON, et al,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:22-CV-00920-ADA-JCM** |
| | § | |
| **DEPARTMENT OF THE TREAS-UREY, et al,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Upon consideration of the Parties' Joint Motion for Entry of Scheduling Order, it is hereby **ORDERED** that the Parties' Joint Motion is **GRANTED** and the schedule proposed therein is hereby adopted; and it is further **ORDERED** that further proceedings in this case shall occur according to the following schedule:

| EVENT | DATE |
|---|---|
| Defendants produce the administrative record to Plaintiffs, and file notice of service and certification of the administrative record with the Court | On or before January 13, 2023 |
| Plaintiffs file any objections to the administrative record | On or before February 10, 2023 |
| Parties file a proposed summary-judgment briefing schedule | On or before February 10, 2023 |

**SIGNED this 9th day of December 2022.**

**JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE**