UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOSEPH VAN LOON *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 6:22-cv-920 |
| DEPARTMENT OF THE TREASURY *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Ripley Quinby IV, certify as follows:

1. I am currently employed as the Deputy Associate Director of the Office of Global Targeting (OGT), Office of Foreign Assets Control (OFAC), U.S. Department of the Treasury.

2. I have been with OFAC as either a contractor or an OFAC government employee since 2015, first as a Sanction Investigator then as a Section Chief for OGT's Strategic Targeting Section, and then as an Assistant Director for the Counterterrorism, Human Rights, and Corruption Division, before assuming my current position. In my present role, I oversee the production of evidentiary memoranda for the purposes of sanctions actions across all of OFAC's sanctions programs, including those pursuant to Executive Order (E.O.) 13694 of April 1, 2015, "Blocking the Property of Certain Persons Engaging in Significant Malicious Cyber-Enabled Activities," as amended by E.O. 13757 of December 28, 2016, "Taking Additional Steps to Address the National Emergency With Respect to Significant Malicious Cyber-Enabled Activities" (E.O. 13694, as amended"), and E.O. 13722 of March 15, 2016, "Blocking Property

of the Government of North Korea and the Workers' Party of Korea, and Prohibiting Certain Transactions with Respect to North Korea." Further, I supervise the provision of the unclassified, non-privileged version of the evidentiary memoranda to designees and their counsel, upon request. As such, I am authorized to certify the truth and correctness of OFAC official records and of other documents recorded or filed with OFAC.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. I hereby certify to the best of my knowledge and belief that the documents described in the attached certified list of the contents of the administrative record constitute a true, correct, and complete copy of the unclassified, non-privileged, or otherwise protected documents that were directly or indirectly considered in connection with OFAC's decision to designate TORNADO CASH pursuant to E.O. 13694, as amended, and E.O. 13722. OFAC has redacted the administrative record, as well as the attached certified list of the contents of the administrative record, to remove classified, privileged, or otherwise protected information before production to Plaintiffs.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:             *Ripley Quinby IV* (Digitally signed by Ripley Quinby IV, Date: 2023.01.13 10:59:37 -05'00')

Ripley Quinby IV
Deputy Associate Director
Office of Global Targeting
Office of Foreign Assets Control
U.S. Department of the Treasury
Freedman's Bank Building
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220