IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON, et al,**<br>*Plaintiffs,*<br><br>v.<br><br>**DEPARTMENT OF TREASURY, et al,**<br>*Defendants.* | §<br>§<br>§<br>§   6:22-CV-00920-ADA-JCM<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 28. The Report recommends that this Court grant Defendants' Motion to Transfer Venue to the Austin Division of the Western District of Texas (ECF No. 15). The Report and Recommendation was filed on February 16, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on February 27, 2023. ECF No. 29. Defendants filed a response to Plaintiffs' objections on March 13, 2023. ECF No. 34. The Court has conducted a *de novo* review of the Defendants' Motion, the responses, the report and recommendation, the objections to the report and recommendation, the response to the objections, and the applicable laws. After

that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 28, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Transfer (ECF No. 15) is **GRANTED**.

**IT IS THEREFORE ORDERED** that this matter be transferred from the Waco Division to the Austin Division.

**SIGNED** this 20th day of March, 2023.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**